Paul B. Lipinski, individually and as trustee, appellant, v. Maude Rosenbaum et al. (defendants). Magdalina Geng, appellee. Gen. No. 25,190.

Bill to foreclose two trust deeds. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed May 28, 1920.

Samuel K. Markman, for appellant. Cannon & Poage, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Daniel Lewy, appellee, v. Standard Plunger Elevator Company, appellant. Gen. No. 25,219.

Assumpsit for commissions earned by securing contracts for the installation of elevators. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed with judgment here and finding of facts. Opinion filed May 28, 1920.

John A. Bloomingston, for appellant. Shaffner & Friend, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Frank Grams, appellee, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 25,236.

Action to recover for injuries to passenger on street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed May 28, 1920.

Frank L. Kriete and William H. Symmes, for appellants; J. R. Guilliams and C. L. Mahony, of counsel. Finn & Miller, for appellee; O. A. Arnston, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Mary E. Meehan, appellant, v. Oscar G. Foreman et al., appellees. Gen. No. 25,579.

Petition for mandamus to compel the trustees of police pension fund to pay pension. Petition dismissed. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed May 28, 1920. Rehearing denied June 14, 1920.

Frank B. Murray and Alanson C. Noble, for appellant. Samuel A. Ettelson, for appellees; James W. Breen, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Elizabeth Farrell, appellant, v. Oscar G. Foreman et al., appellees. Gen. No. 25,580.

Petition for mandamus to compel trustees of police pension fund to pay pension. Petition dismissed. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed May 28, 1920. Rehearing denied June 14, 1920.

Frank B. Murray and Alanson C. Noble, for appellant. Samuel A. Ettelson, for appellees; James W. Breen, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.